# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

**UNITED STATES OF AMERICA**

v.                                                                                          Cr. No. H-17-256

**DARLA KAY BEEDE**

## UNOPPOSED MOTION FOR CONTINUANCE

The Defendant, Darla Kay Beede, moves this Court for a ninety-day continuance of the motions deadline, pretrial conference and trial, and respectfully shows as follows:

Ms. Beede is charged with wire fraud in violation of 18 U.S.C. §§ 1343 & 2. The pretrial motions deadline is June 19, 2017, the pretrial conference is set for July 10, 2017, and trial is set for July 17, 2017.

Counsel received discovery and needs additional time to review it and investigate. Undersigned counsel has identified certain legal and factual issues that require further investigation. Undersigned counsel needs more time to complete his investigation and analysis, and then to file pretrial motions, if necessary, and to prepare for trial, if necessary. Moreover, additional time is needed to discuss the case with Ms. Beede.

The defendant respectfully submits that the best interests of justice served by granting this motion for a continuance substantially outweigh the interests of the defendant and the community in a speedy trial, and that failure to grant the continuance would deprive defense counsel of sufficient time to prepare for trial.

The government is unopposed to this Motion for Continuance.

    Respectfully submitted,

    MARJORIE A. MEYERS
    Federal Public Defender
    Southern District of Texas No. 3233
    Texas State Bar No. 14003750

    By /s/ Joshua B. Lake
    JOSHUA B. LAKE
    Assistant Federal Public Defender
    Southern District of Texas No. 2695263
    Colorado State Bar No. 45285
    440 Louisiana, Suite 1350
    Houston, TX 77002-1669
        Telephone:    713.718.4600
        Fax:    713.718.4610

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Assistant United States Attorney Suzanne Elmilady, and determined that the United States is unopposed to this motion for continuance.

/s/ Joshua B. Lake
JOSHUA B. LAKE

## CERTIFICATE OF SERVICE

I certify that on June 13, 2017, a copy of the foregoing Unopposed Motion to Continue was served by Notification of Electronic Filing and was delivered by email to the office of Assistant United States Attorney Suzanne Elmilady.

/s/ Joshua B. Lake
JOSHUA B. LAKE