**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-17-256 |
| | § | |
| DARLA KAY BEEDE | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance, (Docket Entry No. 15). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | September 25, 2017 |
| Responses are to be filed by: | October 9, 2017 |
| Pretrial conference is reset to**:** | **October 16, 2017 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **October 23, 2017 at 9:00 a.m.** |

SIGNED on June 14, 2017, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge