# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                          Case Number: 4:17−cr−00256

Darla Kay Beede

---

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Mary Milloy

**PLACE:**
Courtroom 701
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:**  10/17/2017

**TIME:** 02:30 PM

**TYPE OF PROCEEDING:** Re−Arraignment Hearing

Date:    October 11, 2017

David J. Bradley, Clerk