# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-17-256 |
| | § | |
| DARLA KAY BEEDE | § | |

# O R D E R

The defendant filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 33). The motion for continuance is GRANTED. The sentencing hearing is reset to **April 19, 2018 at 9:00 a.m.**

SIGNED on January 18, 2018, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge